David Belcher Pro Se
2036 N Gilbert Rd.
Ste 2443
Gilbert, AZ 85203
Email: 1758north@gmail.com

```
             FILED      LODGED
             RECEIVED   COPY

              MAR 31 2023

        CLERK U S DISTRICT COURT
           DISTRICT OF ARIZONA
        BY                DEPUTY
```

## UNITED STATES DISTRICT COURT ARIZONA

## DISTRICT OF ARIZONA

David Belcher Pro Se Plaintiff,

vs.

R&K Building Supplies,

Tony Camacho, Sergio Garcia,

Jose Ramos, Mark Runyan,

US OSHA, ADOT,

JOHN and JANE DOES 1-10, ABC

CORPORATIONS 1-10; XYZ

PARTNERSHIPS 1-10,

Defendants.

CV23-00547-PHX-SPL

**COMPLAINT**

1


Case 2:23-cv-00547-SPL     Document 1     Filed 03/31/23     Page 2 of 6

1- Here Comes Plaintiff David Belcher Pro Se with his complaint pursuant to Federal Rules of Civil Procedure Title II. Rule 3, the Occupational Safety and Health Act of 1970, Title VII of the Civil Rights Act of 1964, 1983, 1985, 1986 Civil Rights Acts.

2- This Federal Court has jurisdiction over Federal Rules of Civil Procedure Title II. Rule 3, the Occupational Safety and Health Act of 1970, and the 1964, 1983, 1985, 1986 Civil Rights Acts.

3- Federal jurisdiction is appropriate as one of the defendants, OSHA, is a federal agency acting under color of law and presents diversity of jurisdiction as it is headquartered in Washington DC.

## II. Parties, Jurisdiction, and Venue

1. Plaintiff is a resident of Maricopa County, Arizona and is a citizen of the US.

2. Defendant R & K Building Supplies (R & K) is an Arizona Corporation doing business in the State of Arizona.

3. Defendants Tony Camacho, Sergio Garcia, Jose Ramos, and Mark Runyan are residents of Maricopa County, Arizona, and upon knowledge and belief are either citizens of the US or are otherwise under US jurisdiction.

4. Arizona Department of Transportation (ADOT) is a government division of the State of Arizona with responsibility for Safety in Professional driving and on State Highways.

5. United States Occupational Safety and Health Administration (OSHA) is a federal agency responsible for ensuring safe handling of hazardous materials, safe and healthy working practices within the US.

## III. Statement of Claim

1. Plaintiff was subjected nearly to daily harassment which included discrimination against him on basis of religion, and race which escalated the final year of employment from 1/2020-2/2021.

2

2. Plaintiff received injuries including, but not limited to carbon monoxide poisoning on 1/13/2021 as a result of unsafe work conditions which include ADOT and OSHA violations, and harassment.

3. Plaintiff was subjected to harassment nearly every day of his employment with R&K and local management either participated, encouraged, and/or allowed it to continue from approximately 4/2019 – 2/1/2021. Plaintiff was denied initial workman's comp claim on 1/13/2021, authorization/treatment. After Plaintiff had received medical diagnosis and treatment in ER, confirming carbon monoxide poisoning R&K officers changed ER diagnosis in workman's comp report to COVID. First contact allowed with workman's comp was 1/28/2021. 1/29/2021 assistant maintenance manager disclosed details of plaintiff's workman's comp claim to all office and yard staff including confidential medical information and termination of plaintiff. Plaintiff was fired on 2/1/2021directly as a result of his workman's compensation claim and also suffered two months of total lost wages, then replacement job pays $3/hr less.

4. Defendant Tony Camacho assigned plaintiff equipment which were out of ADOT regulations, the oldest equipment, was bumped from equipment frequently and was the only employee treated this way. Camacho encouraged defendant Sergio Garcia and others in his harassment of plaintiff and did nothing to try to prevent harassment and discrimination which was his duty to do as Delivery Manager for R&K. Camacho placed hundreds of pounds of hardware in the cab of truck assigned to plaintiff multiple times, violating safety rules and DOT regulations. Placed wood and/or metal banding material on top of plaintiff's load (not visible from ground) unsecured. Debry fell off on road or on personnel while still in the yard. If plaintiff moved the hardware to the recommended location on the trailer, Plaintiff would be verbally reprimanded for "milking the clock or taking too long."

5. Sergio Garcia frequently addressed me in a derogatory manner and tone of voice including referring to plaintiff as a **bitch** multiple times. Assigned old unsafe equipment that was not compliant with ADOT safety regulations and should have been removed from use until safety defects addressed. Garcia would place hardware in cab or truck as well in violation of safety rules and ADOT regulations. Stated that I was the wrong color, asked me my religion and then referred to it in derogatory fashion. Ordered me to go off of the clock for training, mandatory work physicals, etc. and to work through lunches. Made sexually derogatory comments, ie **"What are you doing with those fag cones?"** Pressured me to violate DOT safety regulations prohibiting returning to work in less than 10 hrs. I was told that manager would adjust time clock so

that it would not show as a violation. Researched personal information including where I lived, showed it to me and threatened me **"With a stroke of a (computer key) I can fuck your life up."** Refused to give necessary information to receive medical evaluation and care initially after 1/13/2021 injury. Alleged that Plaintiff had COVID, not carbon monoxide poisoning which plaintiff was later determined to have.

6. Jose Ramos personally witnessed the harassment multiple times and did nothing to prevent or stop harassment or safety violations from occurring which was his duty as an assistant manager with R&K to do.

7. Mark Runyan personally witnessed the harassment multiple times and also did nothing to stop it or the unsafe work practices. As manager he also pressured me to return to work before ADOT mandatory 10 hour mark for CDL drivers and adjusted time to hide noncompliance. Discussed personnel problems related to plaintiff in a loud, public and humiliating fashion multiple times.

8. ADOT has responsibility in maintaining safety of professional (CDL) drivers along with federal guidelines and highway safety regulations in Arizona. ADOT failed to ensure that R&K complied with ADOT regulations and other work place and driver safety regulations. ADOT failed to implement a system that cannot be easily falsified to ensure compliance with its' regulations.

9. OSHA has responsibility to regulate hazardous materials and ensure safe handling of hazardous materials. OSHA failed to ensure that R&K was compliant with its' regulations. Which allowed R&K to continually violate laws and regulations creating an unsafe work environment which lead to Plaintiff suffering carbon monoxide poisoning. This workplace injury resulting from lack of regulation and compliance with established state and federal regulations and laws has caused respiratory health problems which persist to this day and could potentially affect Plaintiff for the rest of his life, and could potentially shorten his life.

## IV. Relief

Plaintiff hereby requests total relief in the amount of one million dollars for injuries sustained and continued medical treatment, pain and suffering, harassment, sexual harassment, lost pay/wages, court costs, decreased quality of life, possible permanent damage to respiratory system which is life altering and may be life shortening. Amounts assigned to each defendant as deemed appropriate by court during trial. For such other and further relief as the Court deems proper.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Respectfully submitted this 31st day of March 2023.

*[signature]*

SS// David Belcher
David Belcher

ORIGINAL of the foregoing filed
This 31st day of March 2023 with the Clerk
of the United States District Court
District of Arizona
401 W. Washington St.,
Phoenix, AZ 85003-2118

COPY of the foregoing served by process server this 31st
Day of March 2023, to:

R&K Building Supplies
25 W Baseline Rd.,
Gilbert AZ 85233

Tony Camacho
25 W Baseline Rd.,
Gilbert AZ 85233

Sergio Garcia
25 W Baseline Rd.,
Gilbert AZ 85233

Jose Ramos
25 W Baseline Rd.,
Gilbert AZ 85233

Mark Runyan
25 W Baseline Rd.,
Gilbert AZ 85233

Arizona Department of Transportation
Attorney General of Arizona
2005 N Central Avenue,
Phoenix, AZ 85004

United States Occupational Safety
and Health Administration
United States Attorney General
District of Arizona
Two Renaissance Square 40 N. Central Avenue,
Suite 1800
Phoenix, AZ 85004